590 A.2d 752

**In re Petition of Ross CIOPPA to Challenge and Strike the Nomination Petitions of Peter W. Zentner, Marilyn J. Stevens and Richard W. Masten.**

**Appeal of Peter W. ZENTNER, Marilyn J. Stevens and Richard W. Masten.**

Supreme Court of Pennsylvania.

Argued May 6, 1991.

Decided May 10, 1991.

Sanford Kelson, Pittsburgh, for appellants.

Jay H. Spiegel, Pittsburgh, for appellee.

Before NIX, C.J., and FLAHERTY, LARSEN, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order of Commonwealth Court reversed. Opinion to follow.